UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHANIQUA JACKSON,

    Plaintiff,

v.                                Case No. 8:14-cv-2451-T-33TBM

GLOBAL TPA, LLC,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to the December 17, 2014, Report and Recommendation of the Honorable Thomas B. McCoun III, United States Magistrate Judge, (Doc. # 11), in which Judge McCoun recommends that *pro se* Plaintiff Shaniqua Jackson's construed motion for leave to proceed *in forma pauperis* (Doc. # 10), be denied and further recommends that Jackson's Amended Complaint (Doc. # 8) be dismissed.

As of this date, there has been no objection to the Report and Recommendation, and the time for Jackson to file such objection has passed. After careful consideration, the Court adopts the Report and Recommendation of the Magistrate Judge.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of the Honorable Thomas B. McCoun III, United States Magistrate Judge (Doc. # 11) is **ADOPTED**.

(2) Plaintiff Shaniqua Jackson's construed motion for leave to proceed *in forma pauperis* (Doc. # 10) is **DENIED**.

(3) Plaintiff's Amended Complaint (Doc. # 8) is **DISMISSED**.

(4) The Clerk is directed to **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of January, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record